# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTIN M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-01141 |
| | ) | |
| v. | ) | |
| | ) | Judge Nixon |
| ON-CALL STAFFING, INC., and | ) | |
| FRIENDSHIP PRIVATE DUTY, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## ORDER

The Honorable Magistrate Judge Knowles previously entered an Order noting that summons have not been issued for the named Defendants in this action, ordering Plaintiff to complete service packets and return them to the Clerk's Office within twenty days, and warning that failure to timely return the completed service packets could jeopardize Plaintiff's prosecution of this action. (Doc. No. 74.) On March 15, 2016, Magistrate Judge Knowles entered a Report and Recommendation ("Report") stating that "Plaintiff has failed to comply with the Court's previous Order" and recommending that this action be dismissed without prejudice. (Doc. No. 78.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DISMISSES** this case **without prejudice**. The Court **DIRECTS** the Clerk to **CLOSE** this case.

It is so ORDERED.

Entered this the 4th day of April, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT